**No. 10-9381. Andrew J. Babick, Jr., Petitioner v. Mary Berghuis, Warden.**

563 U.S. 948, 131 S. Ct. 2121, 179 L. Ed. 2d 913, 2011 U.S. LEXIS 2871.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 620 F.3d 571.

**No. 10-9384. Ismail Shabazz, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections.**

563 U.S. 948, 131 S. Ct. 2145, 179 L. Ed. 2d 913, 2011 U.S. LEXIS 2898, ▮

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-9393. Sherwanda L. Perry, Petitioner v. Merit Systems Protection Board.**

563 U.S. 948, 131 S. Ct. 2145, 179 L. Ed. 2d 913, 2011 U.S. LEXIS 2895.

April 18, 2011. Petition for writ of certiorari for the United States Court of Appeals for the Federal Circuit denied.

Same case below, 397 Fed. Appx. 647.

**No. 10-9405. Isaac Floyd, Petitioner v. Ray Lawler, Superintendent, State Correctional Institution at Huntingdon, et al.**

563 U.S. 948, 131 S. Ct. 2121, 179 L. Ed. 2d 913, 2011 U.S. LEXIS 2862.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-9408. Harry Mitts, Petitioner v. David Bobby, Warden.**

563 U.S. 948, 131 S. Ct. 2121, 179 L. Ed. 2d 913, 2011 U.S. LEXIS 3000.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 620 F.3d 650.

**No. 10-9409. Christopher Bell, Petitioner v. United States.**

563 U.S. 948, 131 S. Ct. 2121, 179 L. Ed. 2d 913, 2011 U.S. LEXIS 2912.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 624 F.3d 803.

**No. 10-9411. James Edward Leaf, Petitioner v. Michael J. Astrue, Commissioner of Social Security, et al.**

563 U.S. 948, 131 S. Ct. 2121, 179 L. Ed. 2d 913, 2011 U.S. LEXIS 2886.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 413 Fed. Appx. 724.

**No. 10-9412. Harry F. Barr, Jr., Petitioner v. Carolyn A. Sabol, Warden.**

563 U.S. 948, 131 S. Ct. 2121, 179 L. Ed. 2d 913, 2011 U.S. LEXIS 2918.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.